CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed October 21, 2026**

**United States Bankruptcy Judge**

---

BTXN 107 (rev. 4/21)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: §
Quintarius Mckinnie § Case No.: 26−34836−swe13
§ Chapter No.: 13
Debtor(s) §

## ORDER DENYING APPLICATION TO PAY FILING FEE IN INSTALLMENTS

The Court, after review of the Debtor's application filed on 10/21/2026 ($0.00 initial payment, receipt #N/A) and Court records, hereby **DENIES** his/her request to pay the filing fee in installments. Court records show the Debtor failed to pay the filing fee in full on the following case(s):

| Case No. | File Date | Amount Outstanding |
|---|---|---|
| 24−32732 | 09/03/2024 | $338.00 |
| 24−32372 | 08/08/2024 | $338.00 |

It is, therefore **ORDERED** that within **nine** days of entry of this order, the Debtor(s) shall make payment of **$313.00** due in the pending case by money order or cashier's check to the

U.S. Bankruptcy Court
1100 Commerce Street
Room 1254
Dallas, TX 75242

and it is further

**ORDERED** that this case shall be **DISMISSED** without further notice to the debtor if the sum due in the current pending case is not paid in full by the **ninth** day after entry of this order. Failure to make the payment as required will be deemed to be a willful failure of the debtor to abide by an order of the court and the debtor will be ineligible for relief under title 11 for 180 days.

# # # End of Order # # #